IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY AKA JEREMY BRYAN BARNEY RANDALL, <br><br>Plaintiff, <br><br>v. <br><br>OFFICER RODRIGUEZ et al., <br><br>Defendants. | MEMORANDUM DECISION & DISMISSAL ORDER <br><br><br>Case No. 2:20-cv-85-HCN <br><br>Howard C. Nielson, Jr. <br>United States District Judge |

Plaintiff has not responded to the Court's April 22, 2020 order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit his certified six-month inmate account statement.

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 29th day of June, 2020.

By the Court:

_____
Howard C. Nielson, Jr.
United States District Judge